Keith A. McKenna, Esq. (KM 4734)
McKENNA McILWAIN, LLP
96 Park Street
Montclair, New Jersey 07042
Tel: (973) 509-0050; Fax: (973) 509-3580
Attorneys for the Plaintiff:
First United Mortgage Company, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIRST UNITED MORTGAGE COMPANY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> CHAUCER HOLDINGS PLC, <br><br> Defendant. | Civil Action No. 08 Civ 2754 <br><br> **NOTICE OF CROSS MOTION FOR SUMMARY JUDGMENT** |

TO: Jeffrey Winn, Esq.
Jeffrey Dillon, Esq.
Sedgwick, Deter, Moran & Arnold LLP
125 Broad Street
New York, New York 10004

Dear Counsel:

**PLEASE TAKE NOTICE** that at a date and time to be designated by the Court, the Plaintiff, First United Mortgage Company, Inc., will move before the Honorable William J. Martini, at the United States District Court for the District of New Jersey, located at the Martin Luther King, Jr. Federal Building & US Courthouse, 50 Walnut Street, Newark, New Jersey

C6441KAM

07101, for an Order granting Summary Judgment and for other such relief as the Court deems just.

**PLEASE TAKE FURTHER NOTICE** that the Plaintiff Cross-Claimants will rely upon the annexed Affidavit of Keith A. McKenna, Esq. in support of this application.

**PLEASE TAKE FURTHER NOTICE** that no oral argument is requested with this cross-motion unless opposition is filed.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is annexed hereto.

**McKENNA McILWAIN, LLP.**
Attorneys for Plaintiffs: First United Mortgage Company, Inc.

Keith A. McKenna

Dated: 1/8/2010

C6441KAM

## CERTIFICATION OF FILING AND SERVICE

I hereby certify that on January 8, 2010, an original and two (2) copies of the attached Notice of Cross-Motion, Proposed form of Order and supporting Affidavit of Keith A. McKenna were electronically filed with the United States District Court for the State of New Jersey and sent via overnight mail to the Honorable William J. Martini, USDJ at:

United States District Court
Martin Luther King Jr. Federal Building & US Courthouse
50 Walnut Street
Newark, New Jersey 07101

I further certify that on this date a copy of the aforesaid documents were served on counsel for Defendant at the following address via electronic and overnight mail:

Jeffrey Winn, Esq.
Jeffrey Dillon, Esq.
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street
New York, New York 10004

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

McKENNA McILWAIN, LLP.
Attorneys for Plaintiff: First United Mortgage Company, Inc.

Keith A. McKenna

Dated: 1/08/2010