LAW OFFICES OF
# McKENNA McILWAIN, LLP

96 PARK STREET
MONTCLAIR, NEW JERSEY 07042
(P) 973-509-0050 (F) 973-509-3580
*www.mckennamcilwain.com*

_____

Keith A. McKenna                                                                                              *keith.mckenna@mckennamcilwain.com*

May 12, 2010

***Via Electronic Filing/E-Mail***
Honorable William J. Martini, U.S.D.J.
Martin Luther King, Jr., Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    First United Mortgage Company, Inc. v. Chaucer Holdings PLC
              Civil Action No. 08 Civ 2754

Dear Judge Martini:

      This letter will confirm that counsel of record for the Plaintiff First United Mortgage Company, Inc. is Keith A. McKenna, Esq. (KM4734) of McKenna McIlwain, LLP.

                                   Respectfully submitted,
                                   McKenna McIlwain, LLP

                                   \s Keith A. McKenna
                                   Keith A. McKenna

KAM/nsm
CC:    Jeffrey M. Winn, Esq. *via electronic mail*



Newark, NJ      Atlantic City, NJ                  New York, NY      Los Angeles, CA