UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FIRST UNITED MORTGAGE COMPANY, INC.,** | Civil Action Number: 2:08-2754 |
| Plaintiff, | |
| v. | ORDER |
| **CHAUCER HOLDINGS PLC,** | HON. WILLIAM J. MARTINI |
| Defendant. | |

**ORDER**

For the reasons elaborated in the memorandum opinion filed contemporaneously with this order,

**IT IS** on this 17th day of August 2010;

**ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**;

**ORDERED** that Plaintiff's cross Motion for Summary Judgment is **DENIED**; and

**ORDERED** this action is **TERMINATED**.

s/ William J. Martini
**William J. Martini, U.S.D.J.**