Jeffrey Winn, Esq. (JW-6071)
Jeffrey Dillon, Esq. (JD-5894)
SEDGWICK DETERT MORAN & ARNOLD LLP
125 Broad Street
New York, New York 10004
(212) 422-0202

Attorneys for the Defendants,
Chaucer Holdings PLC

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIRST UNITED MORTGAGE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHAUCER HOLDINGS PLC, <br><br> Defendant. | Civil Action No. 08 Civ 2754 <br><br> **NOTICE OF CHANGE OF ADDRESS** |

TO:   Keith A. McKenna, Esq.
      McKenna McIlwain, LLP
      96 Park Street
      Montclair, NJ 07042

COUNSEL:

**PLEASE TAKE NOTICE THAT,** effective October 15, 2012, Sedgwick LLP has changed its address from 125 Broad Street, 39th Fl., New York, NY 10004 to 225 Liberty Street, 28th Fl., New York, NY 10281. All future reference to the firm in this matter should be directed to Sedgwick LLP at 225 Liberty Street, 28th Fl., New York, NY 10281. The firm and its lawyers' phone numbers, fax numbers and email addresses have not been affected by this change.

NY/556255v1

Dated: New York, New York
October 12, 2012

SEDGWICK, DETERT, MORAN & ARNOLD LLP
Attorneys for Defendant
Chaucer Holdings PLC

By: _____
    Jeffrey Winn, Esq. (JW-6071)
    Jeffrey Dillon, Esq. (JD-5894)

Jeffrey Winn, Esq.  (JW-6071)
Jeffrey Dillon, Esq.  (JD-5894)
SEDGWICK DETERT MORAN & ARNOLD LLP
125 Broad Street
New York, New York 10004
Telephone (212) 422-0202
Facsimile (212) 422-0925

Attorneys for Defendant
CHAUCER HOLDINGS PLC

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIRST UNITED MORTGAGE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHAUCER HOLDINGS PLC, <br><br> Defendant. | Civil Action No. 08 Civ 2754 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on this date a copy of the Notice of Change of Address was served on counsel for plaintiff, First United Mortgage Company, Inc., at the following address via Regular mail:

> Keith A. McKenna, Esq.s
> McKenna McIlwain, LLP
> 96 Park Street
> Montclair, NJ 07042

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 12, 2012

NY/556255v1

_____
Jeffrey W. Dillon (JD-5894)